■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT BROWN, Appellant.—Judgment rendered September 11, 1973, in the Supreme Court, New York County, convicting defendant after jury trial of the crime of assault in the first degree, and sentencing him to a minimum term of three years and four months and a maximum of 10 years, unanimously modified, on the law, to vacate the sentence imposed and to remand for resentencing for compliance with section 70.00 (subd 3, par [b]) of the Penal

Law. As so modified the judgment is otherwise affirmed. As the People concede, there was a failure by the court to articulate its reasons for the imposition of the minimum term of imprisonment. Concur—Stevens, P. J., Kupferman, Capozzoli, Lane and Nunez, JJ.